UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00480-FDW-SCR

| | |
|---|---|
| LEKISHA DEE BROWN, AS ADMINISTRATIX OF THE ESTATE OF KARON GOLIGHTLY, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| WELLPATH LLC et al, ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the motions to dismiss filed by Defendants Lisa Suddreth, (Doc. No. 48), and Josette C. Alston, Lemuelle A. Claud, Carl R. Cooper, and Wellpath LLC, (Doc. No. 52).

On November 18, 2024, after the filing of these motions to dismiss, Defendant Wellpath LLC filed a Notice of Petition of Bankruptcy and Notice of Stay. (Doc. No. 60.) Defendant Wellpath informed the Court that this proceeding is stayed pending its Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Texas. (Id.)

Although this case is currently stayed, two motions to dismiss remain pending. (Doc. Nos. 48, 52.) "[D]istrict courts have the inherent authority to manage their dockets . . . with a view toward the efficient and expedient resolution of cases . . . ." Moss v. City Hosp., Inc., No. 3:19-CV-187, 2020 WL 12584435, at *2 (N.D. W. Va. Nov. 10, 2020) (quoting Dietz v. Bouldin, 136 S. Ct. 1885, 1892 (2016)). Accordingly, the Court will deny the pending motions to dismiss and permit Defendants to refile their motions to dismiss after the stay is lifted.

1

**IT IS THEREFORE ORDERED** that the Motions to Dismiss, (Doc. Nos. 48, 52), are administratively **DENIED without prejudice to refiling after the stay is lifted**. Defendants may refile their motions within twenty-one days after the stay is lifted. This Order is not a ruling on the merits of either motion.

**IT IS SO ORDERED.**

Signed: January 16, 2025

Frank D. Whitney
Senior United States District Judge